# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF WISCONSIN

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

UP TO $3,000.00 IN FUNDS ON DEPOSIT IN
JP MORGAN CHASE BANK ACCOUNT ENDING
IN 2095 HELD IN THE NAME OF JAYA JOHNSON

Case Number: 19-MJ-1232

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

TO: **BRIAN WALLANDER, a Task Force Officer assigned to the United States Secret Service Milwaukee Resident Office Financial Crimes Task Force, and any Authorized Officer of the United States.**

An application by a federal law enforcement officer or an attorney for the government requests that certain property be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Up to $3,000.00 in funds on deposit in JP Morgan Chase Bank account ending in 2095 held in the name of Jaya Johnson

I find that the affidavit and any recorded testimony establish probable cause to seize the property.

**YOU ARE HEREBY COMMANDED** to search on or before ___4/2___, 2019
(not to exceed 14 days)

☒ in the daytime – 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge William E. Duffin.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. §2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person, who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ___ days. *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of ___

Date and time issued 3/19, 2019; 9:30 a.m.

_____
Judge's signature

City and state: Milwaukee, Wisconsin

THE HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge
*Name & Title of Judicial Officer*

| RETURN | | |
|---|---|---|
| Date Warrant received<br>3/19/19 | Date and time Warrant executed<br>3/19/19 17:03 HRS | Copy of warrant and receipt for items left with |

Inventory made in the presence of

USSS SA ZACH HOLCRAFT

Inventory of property seized pursuant to the Warrant

CHASE BANK CASHIER'S CHECK FOR $3,000 CK# 4556457804

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me on this date.

*[signature]* William E. Duffy
U.S. Judge or Magistrate Judge

Date 3/27/19